UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marcus Rushing, | Civ. No. 25-2001 (PAM/EMB) |
| Plaintiff, | |
| v. | **ORDER** |
| HealthPartners, McGaw Medial Center of Northwestern University, Wood County Hospital, Wood Health Company, LLC, and Unity Point Health, | |
| Defendants. | |

On August 21, 2025, the Court ordered that Plaintiff show cause why the Court should not grant Defendant HealthPartners' Motion to Dismiss and provide an explanation as to why Plaintiff had not filed any response to the Motion. (Docket No. 13.) Plaintiff failed to respond to the show-cause Order.

Accordingly, **IT IS HEREBY ORDERED that** Defendant HealthPartners' Motion to Dismiss (Docket No. 5) is **GRANTED**.

Dated: September 11, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge