UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marcus Rushing, | Civ. No. 25-2001 (PAM/EMB) |
| Plaintiff, | |
| v. | **ORDER** |
| McGaw Medial Center of Northwestern University, Wood County Hospital, Wood Health Company, LLC, and Unity Point Health, | |
| Defendants. | |

On October 1, 2025, the Court dismissed this case, and judgment was entered the following day. This matter is therefore closed. Thus, the Court has not considered, and will not consider, filings submitted after the judgment's entry.

If Rushing seeks the Court's review of its decision, Rushing may seek relief under Fed. R. Civ. P. 59(e) or 60(b). Alternatively, if he seeks to appeal to the Eighth Circuit Court of Appeals, he must file a notice of appeal. Fed. R. App. P. 4(a). The Rules contain deadlines for filing notices of appeal and Rule 59(e) and Rule 60(b) motions.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff Marcus Rushing's Motions (Docket Nos. 46, 49, 52) are **DENIED as moot**.

Dated: October 8, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge